# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1433

MRC INNOVATIONS, INC.,

                Plaintiff-Appellant,

v.

HUNTER MFG., LLP,

                Defendant-Appellee,

and

CDI INTERNATIONAL, INC.,

                Defendant-Appellee.

Appeal from the United States District Court for the Northern District of Ohio in case no. 12-CV-0684, Judge Patricia A. Gaughan.

Authorized Abbreviated Caption[2]

MRC INNOVATIONS, INC. V HUNTER MFG., LLP, 2013-1433

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.