**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MRC Innovations, Inc.   v.   Hunter Mfg., LLP et al.

No. 13-1433

# ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:   CDI International, Inc.
                                    Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☑ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

Name: Edward D. Manzo
Law firm: Husch Blackwell LLP
Address: 120 South Riverside Plaza, 22nd Floor
City, State and ZIP: Chicago, IL 60606
Telephone: (312) 655-1500
Fax #: (312) 655-1501
E-mail address: edward.manzo@huschblackwell.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): October 1, 1982

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

June 17, 2013                                   /s/ Edward D. Manzo
Date                                       Signature of pro se or counsel

cc: _____

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Jun 17, 2013 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
 (by email or CM/ECF)

| Edward D. Manzo | /s/ Edward D. Manzo |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Husch Blackwell LLP
Address: 120 S. Riverside Plaza, 22nd Floor
City, State, ZIP: Chicago, IL 60606
Telephone Number: (312) 655-1500
FAX Number: (312) 655-1501
E-mail Address: edward.manzo@huschblack

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.